UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY SCHOOL OF MILWAUKEE, <br><br> Defendant. | Civil Action No. 2:12-cv-979 <br><br> **COMPLAINT** <br> (Jury Trial Demanded) |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Mallory Barker ("Barker") who was adversely affected by such practices. The plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") alleges that defendant University School of Milwaukee discriminated against Barker because of her pregnancy and terminated her, in violation of Title VII.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The unlawful acts alleged below were committed within the jurisdiction of the United States District Court for the Eastern District of Wisconsin.

## PARTIES

3. Plaintiff, EEOC, is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant has continuously been a corporation doing business in the State of Wisconsin and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e-5(b), (g), and (h).

## STATEMENT OF CLAIMS

6. More than 30 days prior to the institution of this lawsuit, Barker filed a charge of discrimination with the EEOC alleging violations of Title VII by Defendant.

7. On May 30, 2012, the EEOC found reasonable cause to believe that Defendant had discriminated against Barker in violation of Title VII.

8. On May 30, 2012, the EEOC invited the parties to engage in conciliation.

9. On September 10, 2012, the EEOC informed Defendant that EEOC was unable to secure from the Defendant a conciliation agreement acceptable to the Commission.

10. All conditions precedent to the institution of this lawsuit have been fulfilled.

11. Since October 2011, Defendant has engaged in unlawful employment practices in violation of Sections 701(k) and 703(a) of Title VII, 42 U.S.C. §§ 2000e(k) and 2000e-2(a). These practices include, but are not limited to, discriminating against Barker by terminating her employment on or about October 23, 2011, because she was pregnant.

12. The effect of the practices complained of above has been to deprive Barker of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex.

13. The unlawful employment practices complained of in Paragraph 11 above were intentional.

14. The unlawful employment practices complained of in Paragraph 11 above were done with malice or with reckless indifference to Barker's federally protected rights.

PRAYER FOR RELIEF

WHEREFORE, the EEOC respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with Defendant, from engaging in any employment practices which discriminate on the basis of sex;

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for its employees regardless of sex and which eradicate the effects of its past and present unlawful practices;

C. Order Defendant to make Barker whole by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of the unlawful employment practice;

D. Order Defendant to make Barker whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in Paragraph 11 above, including, but not limited to, job search expenses and medical expenses, in amounts to be determined at trial;

E. Order Defendant to make Barker whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in Paragraph 11 above, including, but not limited to, emotional pain, humiliation, and inconvenience, in amounts to be determined at trial;

F. Order Defendant to pay punitive damages for its malicious and reckless conduct described in Paragraph 11 above, in amounts to be determined at trial;

G. Grant such further relief as the Court deems necessary and proper in the public interest; and

H. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

P. David Lopez
General Counsel

James L. Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
131 M Street, N.E.
Washington, DC 20507

Dated: September 25, 2012     s/ *John C. Hendrickson*_____
    John C. Hendrickson
    Regional Attorney

Dated: September 25, 2012     s/ *Diane I. Smason*_____
    Diane I. Smason
    Supervisory Trial Attorney

Dated: September 25, 2012  s/ *Brandi Davis*
Brandi Davis
Trial Attorney (IL Bar No. 6301582)

EEOC Chicago District Office
500 West Madison Street, Suite 2000
Chicago, IL 60661
*Telephone*: (312) 869-8105
*Fax*: (312) 869-8124
*E-mail*: john.hendrickson@eeoc.gov
*E-mail*: diane.smason@eeoc.gov
*E-mail*: brandi.davis@eeoc.gov

Dated: September 25, 2012  *s/ Dennis R. McBride*
Dennis R. McBride (WI Bar No. 1000430)
Senior Trial Attorney

EEOC Milwaukee Area Office
310 West Wisconsin Avenue - Suite 800
Milwaukee, WI 53203-2292
*Telephone*: (414) 297-4188
*Fax*: (414) 297-3146
*E-mail*: dennis.mcbride@eeoc.gov